*E-filed: October 30, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA TORRECILLAS,<br><br>  Plaintiff,<br>  v.<br><br>MEDIANEWS GROUP, INC. and<br>CALIFORNIA NEWSPAPERS LIMITED<br>PARTNERSHIP,<br><br>  Defendants. | No. C12-03281 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court is informed that the parties have reached a settlement. All parties shall appear on **December 11, 2012 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **December 4, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: October 30, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 12-03281 HRL Order will be electronically mailed to:**

2 Alan Adelman: alan@alanadelmanlaw.com

3 Ian P. Fellerman: ifellerman@wprlaw.com, ahuntington@bayareanewsgroup.com, eorourke@wprlaw.com

4

T. Andrew Huntington: <u>ahuntington@littler.com</u>

5

6 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**