*E-filed: October 30, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA TORRECILLAS, | No. C12-03281 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| MEDIANEWS GROUP, INC. and CALIFORNIA NEWSPAPERS LIMITED PARTNERSHIP, | |
| Defendants. | |

The court is informed that the parties have reached a settlement. All parties shall appear on **December 11, 2012 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **December 4, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: October 30, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03281 HRL Order will be electronically mailed to:**

Alan Adelman:  alan@alanadelmanlaw.com

Ian P. Fellerman:  ifellerman@wprlaw.com, ahuntington@bayareanewsgroup.com, eorourke@wprlaw.com

T. Andrew Huntington:  ahuntington@littler.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**