ALAN ADELMAN (State Bar No. 17086)
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

*E-FILED: December 3, 2012*

Attorneys for Plaintiff
CYNTHIA TORRECILLAS

IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone: (510) 337-2810
Facsimile: (510) 337-2811

T. ANDREW HUNTINGTON (State Bar No. 187687)
BAY AREA NEWS GROUP
750 Ridder Park Drive
San Jose, CA 95150
Telephone: (408) 920-5790
Facsimile: (408) 920-1848

Attorneys for Defendants
MEDIANEWS GROUP, INC. and CALIFORNIA
NEWSPAPERS LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TORRECILLAS,<br><br>Plaintiff,<br><br>v.<br><br>MEDIANEWS GROUP, INC.; and CALIFORNIA NEWSPAPERS LIMITED PARTNERSHIP,<br><br>Defendants. | Case No.: CV 12-03281 HRL<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE; AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, that Plaintiff's Complaint shall be dismissed with prejudice.

Date: October 25, 2012                                LAW OFFICES OF ALAN ADELMAN

                                                     /s/ Alan Adelman
                                                     ALAN ADELMAN
                                                     Attorneys for Plaintiff
                                                     CYNTHIA TORRECILLAS

Date: October 25, 2012                                WILEY PRICE & RADULOVICH, LLP

                                                     /s/ Ian P. Fellerman
                                                     IAN P. FELLERMAN
                                                     Attorneys for Defendants
                                                     MEDIANEWS GROUP, INC.
                                                     and CALIFORNIA
                                                     NEWSPAPERS LIMITED PARTNERSHIP

## ORDER

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice.

DATED: ~~November __, 2012~~
December 3, 2012

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE